NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RANDOLPH JACKSON JR., *Petitioner*.

No. 1 CA-CR 23-0248 PRPC
FILED 12-12-2023

Petition For Review from the Superior Court in Yavapai County
No. P1300CR201400227
The Honorable Michael R. Bluff, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Vincent Ware
*Counsel for Respondent*

Randolph Jackson Jr., Tucson
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge James B. Morse Jr., Judge Cynthia J. Bailey, and Judge
Brian Y Furuya delivered the decision of the Court.

**PER CURIAM**:

**¶1**	Petitioner Randolph Jackson Jr. seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is his fifth petition.

**¶2**	Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**	We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction, petition for review, and response.  Petitioner has not established an abuse of discretion.

**¶4**	For the foregoing reasons, we grant review but deny relief.

